# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: 15-4

**Caption [use short title]**: Houdet v. United States Tennis Association

**Motion for**: remove from XAC-modify briefing schedule; ex parte motion to file under seal and in camera inspection; to file oversized brief

Set forth below precise, complete statement of relief sought:

1) remove case from XAC and/or extend Appellants' time to brief by 30 days to April 1, 2015;

2) ex parte motion to file certain confidential medical documents under seal and for in camera inspection;

3) to file oversized brief

**MOVING PARTY**: Houdet
- [✓] Plaintiff
- [ ] Defendant
- [✓] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY**: United States Tennis Assn. et al.

**MOVING ATTORNEY**: Alan J. Rich
**OPPOSING ATTORNEY**: Jeffrey I. Carton

[name of attorney, with firm, address, phone number and e-mail]

Law Offices of Alan J. Rich, LLC
26 Court Street, Ste. 1809, Brooklyn, NY 11242
tel: 212.921.2244 email: arich@richlaw.us

Denlea & Carton LLP
2 Westchester Park Drive, Suite 410, White Plains, New York, 10604
tel: (914) 331-0100 email: jcarton@denleacarton.com

**Court-Judge/Agency appealed from**: US Dist. Ct., E.D.N.Y., Hon. Frederic Block, U.S.D.J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [✓] Yes [ ] No (explain):

Opposing counsel's position on motion:
- [ ] Unopposed [✓] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes [ ] No [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No  If yes, enter date:

**Signature of Moving Attorney**: /s/
**Date**: March 2, 2015
**Service by**: [✓] CM/ECF [ ] Other [Attach proof of service]

**Form T-1080** (rev. 12-13)